*Jones, Jones, Johnston & Russell,* for defendant.

20671. ROME SAND & GRAVEL COMPANY *et al. v.* ELLIS.

BROYLES, C. J. Under the written contract between the parties and the other facts of the case, the defendants were entitled to set off their claim of $1122 (railroad demurrage charges paid by them) against the claim of the plaintiff, which amounted to $1118.95. It follows that the verdict in favor of the plaintiff was unauthorized, and that the refusal to grant a new trial was error. In view of this ruling, which is controlling in the case, the special grounds of the motion for a new trial are not passed upon. *Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED OCTOBER 7, 1930. REHEARING DENIED NOVEMBER 11, 1930.

*Barry Wright,* for plaintiffs in error.

*Maddox, Matthews & Owens,* contra.